IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GARD P. & I. (BERMUDA) LTD. and ASSURANCEFORENINGEN GARD - gjensidig<br> *Plaintiffs*,<br><br>v.<br><br>NORTHERN OFFSHORE DRILLING SERVICES U.S. INC. and NORTHERN OFFSHORE U.K. LTD.<br> *Defendants.* | §§§§§§§§§§§§ | C.A. No. 4:19-cv-01602<br>Admiralty 9(h) |

## **CERTIFICATE OF INTERESTED PARTIES**

 Gard P. & I. (Bermuda) Ltd. and Assuranceforeningen Gard – gjensidig ("Plaintiffs") file their Certificate of Interested Parties and respectfully would show this Court that the following persons and/or entities are financially interested in this suit:

 1. Gard P. & I. (Bermuda) Ltd.;

 2. Assuranceforeningen Gard – gjensidig;

 3. Northern Offshore Drilling Services U.S. Inc.; and,

 4. Northern Offshore U.K. Ltd.

23,428♦9PLLC5135

Respectfully submitted,

EASTHAM, WATSON, DALE & FORNEY, L.L.P.

*/s/ James T. Bailey*

Robert L. Klawetter
Federal I.D. 2471
State Bar No. 11554700
klawetter@easthamlaw.com
Christina K. Schovajsa
Federal I.D. 25142
State Bar No. 24002910
schovajsa@easthamlaw.com
James T. Bailey
Federal I.D. 30347
State Bar No. 24031711
bailey@easthamlaw.com
The Niels Esperson Building
808 Travis Street, Suite 1300
Houston, TX  77002
Telephone: (713) 225-0905
Facsimile:  (713) 225-2907

*Attorneys for Plaintiffs,*
*Gard P. & I. (Bermuda) Ltd. and*
*Assuranceforeningen Gard – gjensidig*

## CERTIFICATE OF SERVICE

No other parties have answered or appeared.

*/s/ James T. Bailey*
James T. Bailey